Keith L. NASH, Plaintiff—Appellant,

v.

Elizabeth TIAPULA, et al.,
Defendants—Appellees.

No. 07–35040.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Keith L. Nash, Airway Heights, WA, for
Plaintiff-Appellant.

---

Amanda M. Migchelbrink, Esq., Office
of the Washington Attorney General,
Olympia, WA, for Defendants–Appellees.

Before: ALARCÓN, LEAVY, and
TALLMAN, Circuit Judges.

MEMORANDUM **

Keith L. Nash, a Washington state pris-
oner, appeals pro se from the district
court's summary judgment for defendants
in his 42 U.S.C. § 1983 action alleging
denial of access to the courts. We have
jurisdiction pursuant to 28 U.S.C. § 1291.
We review de novo, *Toguchi v. Chung,* 391
F.3d 1051, 1056 (9th Cir.2004), and we
affirm.

The district court properly granted sum-
mary judgment to defendants Waddington
and Tiapula because Nash failed to show
that he suffered actual injury. *See Chris-
topher v. Harbury,* 536 U.S. 403, 415–16,
122 S.Ct. 2179, 153 L.Ed.2d 413 (2002)
(explaining that to demonstrate actual in-
jury for the purposes of an access to
courts claim, "the underlying cause of ac-
tion and its lost remedy must be addressed
by allegations in the complaint sufficient to
give fair notice to a defendant" and must
be "described well enough to apply the
'nonfrivolous' test and show that the 'argu-
able' nature of the underlying claim is
more than hope."); *Lewis v. Casey,* 518
U.S. 343, 352–53 & n. 3, 116 S.Ct. 2174, 135
L.Ed.2d 606 (1996) (explaining that a deni-
al of access claim must identify a nonfri-

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2). Accordingly, appellant's
  motion for oral argument is denied.

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

voulous, arguable underlying cause of action).

Nash's remaining contentions are unpersuasive.

All pending motions are denied as moot.

**AFFIRMED.**